Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Assignee/Judgment Creditor, In Pro Per

FILED

MAR 19 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BANKSTON, <br><br> Defendant. | Case No. 2:22-mc-00321-KJM-DB <br><br> NOTICE OF ASSIGNMENT <br> OF JUDGMENT |

## NOTICE OF ASSIGNMENT OF JUDGMENT

1. On October 27, 2022, a judgment was entered against Defendant Kenneth Bankston in the United States Bankruptcy Court for the District of Nevada, and subsequently registered in this Court in the above-captioned miscellaneous action.

2. On December 22, 2025, Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee and original judgment creditor, executed an Assignment of Judgments transferring all right, title, and interest in and to the judgments identified in the Assignment of Judgments, including the

judgment registered in this action, to Russell J. Singer.

3. The assignment was executed before a notary public in Clark County, Nevada, on December 22, 2025.

4. A true and correct copy of the Assignment of Judgments dated December 22, 2025 is attached hereto as Exhibit A.

5. This Notice is filed to provide notice to the Court and to update the docket to reflect that Russell J. Singer is now the assignee and judgment creditor of record in this action.

Dated: March 16, 2026

Respectfully submitted,

_Russell J. Singer_

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Assignee/Judgment Creditor, In Pro Per

## ASSIGNMENT OF JUDGMENTS

KNOW ALL PERSONS BY THESE PRESENTS:

**LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE ("ESTATE") OF WELSCORP, INC. AND ITS RELATED ENTITIES,** having a business address at Marbeya Executive Offices Suite B200-107, 6655 W. Sahara Avenue, Las Vegas, Nevada 89146 **(the "TRUSTEE" OR "ASSIGNOR"),** and pursuant to that certain Asset Purchase Agreement, dated as of December _, 2025 ("APA") (the "Assignment Date"), with and between assignee **RUSSELL J. SINGER,** an individual having an address of PO Box 485, 204 Laguna Beach, California, 92652 ("**ASSIGNEE**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in **Exhibit A** appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the original judgment creditor for each of the Judgments; iii) the last known address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: _12/22/2025_

LENARD E. SCHWARTZER, IN HIS
CAPACITY AS CHAPTER 7 TRUSTEE,
*Assignor*

By: _____
Lenard E. Schwartzer, Chapter 7 Trustee

STATE OF NEVADA          )
                                              ss:
COUNTY OF _Clark_        )

On the _22_ day of December, 2025, before me personally came Lenard E. Schwartzer, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

_____
Notary Public



SUZANNE JORDAN
Notary Public, State of Nevada
Appointment No. 22-3153-01
My Appt. Expires Jul 31, 2026

## EXHIBIT A

### JUDGMENTS

| Debtor Name | Case Number | Judgment Amount | Collected | Remaining |
|---|---|---|---|---|
| Alan Gruskoff | BK-S-21-01008-ABL | $216,000.00 | | $216,000.00 |
| Gene Rodriguez | BK-S-21-01173-ABL | $641,002.05 | | $641,002.05 |
| Phil Mannoni | BK-S-21-01177-ABL | $148,326.99 | $4,830.76 | $143,496.23 |
| Brian Mogensen | BK-S-21-01179-ABL | $402,293.26 | | $402,293.26 |
| Mogensen Steel Erectors | BK-S-21-01179-ABL | $181,142.14 | | $181,142.14 |
| Francesca Horbay | BK-S-21-01189-ABL | $127,943.47 | | $127,943.47 |
| Peter Wittig | BK-S-21-01192-ABL | $72,180.66 | | $72,180.66 |
| Oomph Mode, Inc. (Bryan Centola) | BK-S-21-01226-ABL | $35,405.98 | | $35,405.98 |
| Dianne Hutchings | BK-S-21-01198-ABL | $119,988.23 | | $119,988.23 |
| Greg Yoon | BK-S-21-01203-ABL | $10,577.44 | | $10,577.44 |
| Louis Oliver | BK-S-21-01187-ABL | $87,500.00 | | $87,500.00 |
| Deena Zymkowitz, Inc. | BK-S-21-01201-ABL | $80,000.00 | $262.92 | $79,737.08 |
| Danyelle Ramirez | BK-S-21-01200-ABL | $54,986.08 | $44.00 | $54,942.08 |
| Kenneth Bankston | BK-S-21-01186-ABL | $98,645.35 | $2,577.00 | $96,068.35 |
| Paul Shaver | BK-S-21-01209-ABL | $47,500.00 | $1,750.00 | $45,750.00 |
| Kenneth Becker | BK-S-21-01205-ABL | $30,000.00 | | $30,000.00 |
| Travis Bieberitz | BK-S-21-01211-ABL | $35,983.09 | | $35,983.09 |
| Patrick Esposito | BK-S-21-01215-ABL | $32,000.00 | | $32,000.00 |
| Adam Hutchings | BK-S-21-01196-ABL | $25,000.00 | | $25,000.00 |
| Karl Thomsen | BK-S-21-01222-ABL | $18,868.52 | $4,341.85 | $14,526.67 |
| Caley McKelvy | BK-S-21-01181-ABL | $67,379.02 | | $67,379.02 |
| Run Vegas Partners, LLC | BK-S-21-01185-ABL | $47,602.85 | | $47,602.85 |
| Derek Powell | BK-S-21-01180-ABL | $119,988.23 | | $119,988.23 |
| Musalih El-Amin | BK-S-21-01199-ABL | $25,000.00 | | $25,000.00 |
| Crown Media Services | BK-S-21-01199-ABL | $30,629.00 | | $30,629.00 |
| Clyde E. Austin | BK-S-21-01169-ABL | $397,800.00 | | $397,800.00 |
| Patricia Austin | BK-S-21-01169-ABL | $555,400.00 | | $555,400.00 |
| Kathleen Shelton | BK-S-21-01204-ABL | $120,718.34 | | $120,718.34 |
| Steven Lore | BK-S-21-01175-ABL | $227,565.16 | | $227,565.16 |
| William Castaldi | BK-S-20-01168-ABL | $879,500.00 | | $879,500.00 |
| Karin Castaldi | BK-S-20-01168-ABL | $45,000.00 | | $45,000.00 |
| Greg Fowler | BK-S-21-01174-ABL | $96,342.72 | | $96,342.72 |

### ABSTRACT OF JUDGMENT RECORDINGS - DIANNE HUTCHINGS

The following Abstracts of Judgment have been recorded against Judgment Debtor Dianne Hutchings:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| San Bernardino | 03/16/2023 | 2023-0062417 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 04/24/2023 | 20230262469 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 01/23/2024 | 20240050126 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020613 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020614 | 2:22-CV-09142-PSG | $119,988.23 |

**Defendant Address:** 16153 Evansdale Way, Victorville, CA 92395

**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)

*Note: The Los Angeles County recording dated 04/24/2023 (Inst. No. 20230262469) is the primary abstract for enforcement against property located at 471 Canyon Vista Drive, Los Angeles, CA 90065.*

### ABSTRACT OF JUDGMENT RECORDINGS - DAMIANO BRYAN CENTOLA

The following Abstract of Judgment has been recorded against Judgment Debtor Damiano Bryan Centola:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 11) | 2:22-cv-09186-PSG-MARx | $20,000.00 |

**Defendant Address:** 471 Canyon Vista Dr., Los Angeles, CA 90065
**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)
**Judgment Date:** October 26, 2022
**SSN (last 4):** 8472

### ABSTRACT OF JUDGMENT RECORDINGS - DANYELLE RAMIREZ

The following Abstract of Judgment has been recorded against Judgment Debtor Danyelle Ramirez:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 12) | 2:22-cv-9278-PSG-MAR | $54,986.08 |

**Defendant Address:** 1303 Valiant Street, Lancaster, CA 93534
**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)
**Judgment Date:** October 26, 2022
**SSN (last 4):** 7598

SUZANNE JORDAN
Notary Public, State of Nevada
Appointment No. 22-1153.04
My Appt. Expires Jul 31, 2026